IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00354-RM-MJW

AURORA COMMERCIAL CORP.,

Plaintiff(s),

v.

PRIMELENDING, A PLAINSCAPITAL COMPANY,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Amend Civil Scheduling Order and Vacate Pretrial Conference Date (Currently Scheduled for April 14, 2014) (docket no. 42) is GRANTED finding good cause shown.  The Amended Scheduling Order (docket no. 42-1) is APPROVED as amended in paragraph 10 b. and made an Order of Court.

     It is FURTHER ORDERED that the Final Pretrial Conference set on April 14, 2014, at 9:30 a.m. is VACATED and reset to July 15, 2014, at 9:00 a.m.  The parties shall file their proposed Final Pretrial Order with the court at least five (5) business days prior to the Final Pretrial Conference.

Date: January 21, 2014