UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:13-CV-00354-RM-MJW

AURORA COMMERCIAL CORP.,

    Plaintiff,

v.

PRIMELENDING, A PLAINSCAPITAL COMPANY,

    Defendant.

## MINUTE ORDER (Docket No 57)

THIS MATTER is before the Court on Defendant's Unopposed Motion for Leave for Out-of-State Counsel to Appear Telephonically at the Final Pretrial Conference set for July 15, 2014 at 9:00 a.m.;

IT IS HEREBY ORDERED that the Motion is GRANTED. Accordingly,

IT IS FURTHER ORDERED that Defendant's out of state counsel may appear by telephone at the Final Pretrial Conference set for July 15, 2014 at 9:00 a.m. (mountain Time) by dialing the Court at (303) 844-2403. If any other parties are granted leave to appear telephonically, the parties must initiate a conference call between themselves and Defendant's out of state counsel before dialing the court.

DATED this 8th day of July, 2014.

MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE